# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK J. MATYLINSKY, JR.,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83645

**FILED**

NOV 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion to correct an illegal sentence and motion to modify sentence. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Appellant has filed a motion to voluntarily dismiss the appeal. Appellant states that his legal circumstances have changed since filing the notice of appeal. The motion is granted, and this court

ORDERS this appeal DISMISSED.[1]

_____
Parraguirre

_____, J.          _____, J.
Stiglich                              Silver

cc:   Hon. Egan K. Walker, District Judge
      Frank J. Matylinsky, Jr.
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

---

[1]The order entered November 3, 2021, directing the attorney general to obtain the notice of appeal or other log maintained by the prison is vacated.

21·33723